IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDRA LOUISA REES,

    Plaintiff,

v.                                                CIV No. 15-519 JCH/GBW

NANCY A. BERRYHILL,[1] Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On June 18, 2015, Plaintiff filed a complaint against Defendant seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On March 21, 2016, Plaintiff filed a Motion to Remand to Agency. *Doc. 19.* That motion was fully briefed by July 5, 2016. *See docs. 23, 25, 26.* On January 12, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding this action to the Social Security Administration for further proceedings. *Doc. 27.* Neither party has filed

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is hereby substituted for Acting Commissioner Carolyn W. Colvin as Defendant in this action. This action is not otherwise affected by the change. *See* 42 U.S.C. § 405(g).

objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 27*), is ADOPTED.  Plaintiff's motion is GRANTED and this case REMANDED to the Social Security Administration for further proceedings.

                                                                        _____
                                                                        JUDITH C. HERRERA
                                                                        United States District Judge